## Commonwealth *v.* Horsley, Appellant.

Before LEWIS, J., without a jury.

Argued November 15, 1974. *Larry P. Gaitens*, with him

*Lucchino, Gaitens & Hough,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.